Juan E. ALVARADO, Petitioner–Appellant,

v.

Larry SMALL, Warden, Respondent–Appellee.

No. 03–17035.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 17, 2004.

Decided Sept. 30, 2004.

Lawrence A. Gibbs, Law Office of Lawrence A. Gibbs, Berkeley, CA, for Petitioner–Appellant.

Jeffrey M. Laurence, Esq., Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: OAKES,* KLEINFELD, and CALLAHAN, Circuit Judges.

MEMORANDUM **

The state court's denial of Alvarado's ineffective assistance of counsel claim was not contrary to, nor an unreasonable application of, clearly established Supreme Court law.[1] Counsel's conduct is redolent of tactical judgments because, as the state court said, there were problems of admissibility, the girlfriend's changing stories, and the risk that evidence of the claimed prior beatings could hurt rather than help the defense's case.

We also deny Alvarado's sufficiency of the evidence claims. The state court decision was not contrary to, nor an unreasonable application of, *Jackson v. Virginia*[2] because, as the state court said, a reasonable person could conclude from the evidence that Alvarado "armed himself in anticipation of a fist fight," planning to kill people he knew were unarmed when they bothered him again. Jurors could conclude otherwise, but the "any rational trier of fact" test in *Jackson* was not contra-

---

1. *United States v. Corona–Sanchez,* 291 F.3d 1201, 1211 (9th Cir.2002) (en banc).

* The Honorable James L. Oakes, Senior Circuit Judge of the United States Court of Appeals for the Second Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. 28 U.S.C. § 2254(d)(1).

2. *Jackson v. Virginia,* 443 U.S. 307, 99 S.Ct.

vened.[3]

AFFIRMED.

2781, 61 L.Ed.2d 560 (1979).

**3.** *Id.* at 319.